# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Steven J. Bienvenu
Dauzat, Falgoust
P. O. Box 1450
Opelousas La 70571

## REHEARING ACTION: April 15, 2009

**Docket Number: 08   01096-CA**

**MITCHELL R. CREDEUR, ET UX.**
**VERSUS**
**CHAMPION HOMES OF BOAZ, INC., ET AL.**

**Appealed from ST. LANDRY Parish Case No. 07-C-4386-C**

**<u>BEFORE JUDGES</u>:**

    **Hon. Ulysses Gene Thibodeaux**
    **Hon. Jimmie C. Peters**
    **Hon. Michael G. Sullivan**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Jim Tatman's Mobile Homes, Inc.** has this day been

    **DENIED.**

cc: Mark Terrance Hoychick, Counsel for the Appellant
    Lamont Paul Domingue, Counsel for the Appellee